IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PROPHET PAULCIN,
    Plaintiff,

vs.                                    Case No.:  3:07cv29/MCR/EMT

SHERIFF WENDALL HALL, et al.,
    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 23, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's notice of voluntary dismissal (Doc. 9), is **GRANTED** and this case is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 29th day of October, 2007.

                      *s/ M. Casey Rodgers*
                      **M. CASEY RODGERS**
                      **UNITED STATES DISTRICT JUDGE**